# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED AND FILED

AUG 19 2026

JENNIFER P. LYONS, CLERK

BY________________________
DEPUTY CLERK

**RALPH A. BOWIE**

**PLAINTIFF (Pro Se)**

**-vs-**

**SOMERSET COUNTY SHERIFF**
**Dale P. Lancaster Sheriff**
**and/or**
**Jeffery Brann, Deputy Sheriff (Patrol Deputy)**

**DEFENDANTS**

---

**This lawsuit is for $5,000,000 for the violations listed below .....**

---

**On December 23/24 of 2023, Mr. Bowie was arrested for calling 911. His tenant, a Mr. Brandon Chartier assaulted Mr. Bowie (Plaintiff) and knocked im out at least 3 times, dragged him across the floor and put a knife to his throat. After calling 911 the Sheriff's Dept responded and it took them aprox. 15 minutes before they entered the house, plenty enouth time for Mr. Chartier to put away his weapons and conspire wth his step daughter to make up an elaborate story that nothing happened. This "elaborate" story made up by Mr. Chartier got the Plaintiff (Mr. Bowie) arrested for calling 911. Mr. Bowie, at the time of this incident was and still is a reired U.S. Marine, a totally disabled veteran, an elderly citizen and uses a wheelchair and a cane. Mr. Bowie was arrested by Deputy Brann and was told not to back in the house again. Tthe Sheriffs Deparment needs specific legal authority, such as a restraining order backed by a writ of possession. They did not have a written warrant, a restraining order or a specific court document signed by a judge commanding me (the Plaintiff ) to leave.**

**This is a violation of thr Plaintiff's Fourth Amendment. The Fourth Amendment protects me, and or citizens against unreasonable searches and seizures, (Plaintiff), from being forced out of my home by the police ie; sheriff's department (a deputy).**

**By barring me, (the Plaintiff) from entering my home without a warrant, the police; ie; Sheriff are essentially seizing my property.**

**Violations of rhe U.S. Constitution and the Bill of Rights, that occurred are as follows;**

1. **VIOLATION OF THE FOURTH AMENDMENT**
2. **Violation of the Fourth Amendment is as mentioned above .....**
3. **VIOLATION OF THE FOURTEENTH AMENDMENT (DUE PROCESS)**
4. **VIOLATION OF THE 1st AMENDMENT**
5. **VIOLATION OF THE 5th AMENDMENT**
6. **VIOLATION OF THE 8th AMENDMENT**

**In total the Sheriffs Department and/or The Sheriff and Deputies violated (the Plaintiff's) 4 Amemdents to the United States Constitution. In and of the following;**

1. **FIRST AMENDMENT .....**

   **1. In May of 2023 the Plaintiff called the Sheriffs Dept and discussed with the Sheriff a legal issue, theft by unauthorized taking of the Plaintiffs very expensive sports cards. The Plaintiff saw said cards for sale on the internet by a person that claimed in her profile she worked for the Sheriff's Dept. or was retired from Dept. I tried to make a deal with the seller of these cards (the cards were being "fenced) and when she found out who I was, the rightful owner of these cards, she deleted her facebook page aand by doing this the Plaintiff lost all contact with the person selling said cards. There were over 350 Michael Jordan cards and worth over $150,000. They were for sale at $750.00. While discussing this with the Sheriff and hoping for an investigation an argument ensued as he (Sheriff) stated that nobody on the Sheriff's Dept would ever do something like that. I, the Plaintiff, kept a low profile/ tone and did not yell or was not inappropriate with the Sheriff. In turn the Sheriff, hit the roof, and started yelling at me the plaintiff. The phone call eventually ended but no investigation was started. Apparently he put me on a list of people to harass/get and or follow and wait for the Plaintiff to do something illegal, speeding etc and get him. Not to sound innappropriate but I was put on his S**t list.**
   **2. "Under the Religious Land Use and Institutionalized Persons Act," a jail cannot heavily burden religious practice without a compelling reason. This was a "targeted discrimination" against the Plaintiff. I, (the Plaintiff). was banned from religious services on Christmas out of hostility.**
   **This was the 1st time in my life (73 years old at the time) that I did not have**

**family, religious services on Christmas, the exception would be when I anti-seizure medication.**
**(Plaintiff) was overseas serving my country as a United States Marine. Even when I was overseas I attended religious services on Christmas.**

**Also, I (Plaintiff) was denied a prescribed anti-seizure medication, 2 main medications, (gabapentin and Levetiracetam). This practice by the jail staff/med crew is very dangerous and illegal. Under the U.S. Constitution (8th and 14th Amendments), withholding necessary medical care constitutes "deliberate indiffenence to a serious medically need." All jails are legally required to provide safe, continuous medical treatment, included but not limited to chronic and life saving perscriptions. This is a violation of the 8th Amendment, cruel and unusual punishment.**

**Solutions to resolve this issue at the time .....**

**A. Allow me (Plaintiff) to call my neighbor to get my meds ... phone call**
**B. Get the med crew to my house to get meds ... did not happen**
**C. Get the Sheriffs Dept to send a deputy to my house to get meds ... did not happen.**
**D. Call a lawyer ... not allowed**

**2. FOURTH AMENDMENT**

**False Imprisonment and False Arrest . I, the Plaintiff, was falsely and unlawfully arrested and imprisoned by the Sheriff's Dept. without probably cause. And under the 4th Amendment, this renders the (this) action unconstitutional. Reasonable suspicion does not warrant an arrest. The Sheriff's Dept. needs specific, articulable facts that suggest that a crime has been committed. Not a "hunch" or "he said she said," that would lead to an arrest. They arrested the Plaintiff without a warrant, seized his house without a signed document from a judge or a warrant. They, the Sheriff's department, for all intents and purposes, seized his home and property without probably cause, without a warrant or specific warrants approved by a judge before seizing said property. No one, including government officials, police departments, sheriff departments can stop a person from his entering his home .... 4th Amendment, "The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon probable cause, supported by Oath or**

**affirmation, and particularly describing the place to be searched, and the persons or things to be seized." It is surely anomalous to say that the individual (plaintiff) and his private property are fully protected by the 4th Amendment only when the individm. Under MAINE REVISED STATUTES TITLE 14, SECTION 6014, "any eviction or removal of an occupant from a property – including a homeowner – without a rigorous, formalized judicial process is categorized as an illegal eviction and a direct violation of public policy" and a direct violation of the 4th Amendment. The police and or the sheriff's department can not evict or remove anyone from a residence with-out a specific court order, such as a "Writ of Possession." Evictions or removals without judicial oversight is completely illegal and a violation of the 4th Amendment. The Sheriffs Department evicted the Plaintiff on a "hunch" and in the process the Plaintiff spent thousands through the court system to have this assailant evicted from the plaintiffs home. The plaintiff was arrested for calling 911 (the 1st time ever) after being beaten by the tenan and being arrested for calling 911 is illegal in itself. The plaintiff was given no warning, not to call 911 or use emergency servicces. It is strickly illegal under Maine law for a Sheriff''s Department (or landlord) to force a homeowner out of their own home to accommodate a tenant, regardless of any physical altercations or disputes between the parties mentioned, the assailant/plaintiff. When he finally did get back his home it had almost if not more than than $100,000 in damages and all of his tools, many very expensive sports cards (over $250,000 worth, were stolen), food, wood etc stolen.**

**3. FIFTH AMENDMENT ....**

**Property seizure without fair compensation. By ordering Mr. Bowie out of his home without a warrant, judges signed order and other official paper-work. They, the Sheriff's Dept; and or the arresting officer and his boss the sheriff threw Mr. Bowie out of his house without "Due Process." The government must treat all people fairly and follow the legal rules, the Constitution, before they the government (Sheriff's Dept.)can take away your life,freedom, or property.**

**4. EIGHTH AMENDMENT**

**While in jail, the Plaintiff was denied medical and or his medications. In "Estelle v. Gamble" the Supreme Court ruled that the prison staff was showing "deliberate indifference" to a serious medical need and or medications. They, the jail under the Sheriff, denied necessary med-ications and medical care, constitutes "cruel and unusual" punishment**

**as established by the Supreme Court in " Estelle v. Gamble." This "condition" seizure disorder was diagnosed by a doctor as needed treatment. The medical staff was told by the plaintiff he needed this medication but this telling, request and or notification was ignored as an old man looking for a way out. Another week in that jail I would have been dead and they the Staff at the jail would cover it all up. They disregarded my knowledge and the medications for my medical issues. This, ignoring my medical needs and medications was an excessive risk to the plaintiff's health and safety and the jail staff was acting with more than a mere negligence or medical malpractice.**

**FOURTEENTH AMENDMENT**

**Ensures that states and its government entities do not take life, liberty, or or property without fair legal procedures. It also requires states to treat all people fairly and equally under the law. It also protects citizens rights from state laws. Read section 1 of this Amendment .... No state shall make or enforce any law which shall abridge the privileges ..... within its jurisdiction the equal protection of the law.**

**THIS LAWSUIT IS AGAINST THE SHERIFF OF SOMERSET COUNTY, MAINE SHERIFF DALE LANCASTER**
**and**
**DEPUTY SHERIFF JEFFERY BRANN**

**SINCERELY and RESPECTFULLY SUBMITTED**

**RALPH A. BOWIE**
**12 TENERIFFE ROAD**
**MILTON, N.H 03851**

**OLD ADDRESS**
**26 WATERVILLE ROAD**
**NORRIDGEWOCK, MAINE 04957**

**PHONE 207-592-0047**

**RALPH A. BOWIE** ______________________

## ADDENDUM

**All the above issues addressed in this document and the fear the Plaintiff has by submitting this document is as follows;**

1. **The fear the plaintiff has on his life when this document hits the sheriff's office. I was arrsted for calling 911 what will do to me when this document, as said, hits the Sheriff?? I do not want to be put on his hit list, as I was before, and get pulled over and arrested on trumped up charges and shot while resisting arrest, as they would claim.**
2. **Being arrested on trumped up charges and throw in jail again without due process on faake charges etc.**
3. **Being in jail and denied a proper diet and denied my medication again. With the denial of my "meds" could lead to a serious medical condition, a massive seizure and possible death. If this did happen they would call it an overdose or something of that nature.**
4. **To be honest, I, (the plaintiff) fear for my life in Norridgewock and or the surrounding areas or anywhere in Somerset County that is controlled by said sheriffs dept.**
5. **This "Addendum" included in this document, is to have a "paper trail" in case of false police reports, being pulled over for absolutely nothing and or murdered by the the Sheriff and or his subordinatees and in this case by the assilant, Brandon Chartier.**
6. **Being arrested for calling 911 after being severely beaten by said assilant raises several concerns by the Plaintiff as stated above.**
7. **Most likely nothing will happen but this covers me in case something does.**

**Respectifully submitted**

**Ralph A. Bowie**

[signature]
______________________________

**THE STATUTE OF LIMITATIONS**
**IN MAINE**

**In Maine the "Statute of Limitations" for felony assault (class A, B, and C) is 6 years under Maine Revised Statutes Title 17-A, Section 8, meaning the state (Maine) must start prosecution within 6 years ot the date the crime was committed, December 23, 2023. This is/was a Class B Felony Assault, the assailant causing serious body injury and or using a weapon, must be commenced within 6 years.**

**Mr. Brandon Chartier a known felon, drug dealer, that has committed a home invasion (armed), busted for selling drugs (operation Granite Hammer, N.H.) A felon in possession of a hand gun in a robbery. He was arrested in 2013 and 2016 in a drug sting. Arrested in 2012 for a home invasion, (Tilton, N.H.). He also was charged with as a felon in possession of a deadly weapon.**

**He was the assaliant in the above mentioned case where Mr. Bowie was attacked by him and he (Mr. Bowie) was arrested for calling 911, his 1st time ever.**

**When Mr. Bowie's case was thrown out of court and or dismissed due to photos of bruises all over his upper body, no charges were filed against Mr. Chartier by the Sheriff's Department.**

**Sincerely and respectfully submitted**

**Ralph A. Bowie**

**CERTIFICATE OF SERVICE**

**I hereby certify, that the date written below, this document together with its exhibits, which will be hand delivered to the Federal District Court (Portland) and sent to the Somerset County Sheriff and the deputy (mentioned above in this document) by the Court and or sent via the U.S. Postal Service, postage prepaid, upon the defendants as follows:**

**Dale Lancaster (Sheriff)**
**and**
**Deputy Jeffery Brann**

**Somerset County (Maine) Sheriff's Department**
**131 East Madison Road,**
**Madison, Maine 04950**

**Dated August 14,2026**

**Ralph A. Bowie**



